UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIN YANG,<br><br>            Plaintiff,<br><br>     v.<br><br>NFV PROPERTIES, LLC,<br><br>            Defendant. | Case No.  15-cv-01528-EDL<br><br>**ORDER RE: BIN YANG DEPOSITION** |

In its April 28, 2015, Order Granting Motion to Shorten Time and Granting in Part and Denying in Part Motion for Administrative Relief, Order Continuing Motion Hearing, this Court granted Defendant's administrative motion to hear its motion to expunge Plaintiff's lis pendens on shortened time. The Court scheduled Defendant's Motion to Expunge for May 26, 2015. The Court also ordered that Plaintiff's opposition be filed on May 8, 2015 and Defendant's reply on May 12, 2015.

The Court further ordered that Defendant would be permitted to depose Plaintiff Bin Yang and his agents Paul Wong and Jamie Lee prior to May 12, 2015, the date by which the parties were ordered to hold their Rule 26(f) conference and the date Defendant's reply brief is due.

In a letter received May 6, 2015, Plaintiff's counsel informs the Court that Defendant has proposed May 15, 2015 as the date for Plaintiff Bin Yang's Deposition. In light of the Court's earlier order regarding the timing of depositions in this matter, the Court orders that Bin Yang's deposition shall take place no later than May 11, 2015. Defendant's reply brief is due May 13, 2015. Plaintiff has also requested a May 7, 2015, telephone conference. The court is unavailable for a telephone conference.

1     **IT IS SO ORDERED.**

2   Dated:  May 6, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge