UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIN YANG<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NFV PROPERTIES, LLC,<br><br>　　　　Defendant. | Case No. 15-cv-01528-EDL   (ADR)<br><br>LOCKING<br>**ORDER ~~REMOVING~~ DOCUMENTS #60 AND #61** |

IT IS HEREBY ORDERED that documents #60, Letter from John S. Worden *(counsel for NFV Properties) re Telephone Conference with Mediator Harold Peter Smith*, and #61, RESPONSE to re 60 Letter *from Christopher Lee (Plaintiff's counsel) in response to John Worden's letter dated 7/27/2015* by Bin Yang # 31, which were incorrectly filed in this case and contain confidential information, shall be ~~removed from the docket~~ LOCKED FROM THE PUBLIC DOCKET.

The documents reveal a disagreement concerning the mediation process. The parties are hereby ordered to participate in a call with ADR Program Director Howard Herman to discuss the status of the mediation.

**IT IS SO ORDERED**.

Dated: July 28, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge