UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIN YANG,

        Plaintiff,

v.

NFV PROPERTIES, LLC,

        Defendant.

Case No. 15-cv-01528-EDL (ADR)

AMENDED ORDER LOCKING ~~ORDER REMOVING~~ DOCUMENTS #60, #61 AND #62

IT IS HEREBY ORDERED that documents #60, Letter from John S. Worden *(counsel for NFV Properties) re Telephone Conference with Mediator Harold Peter Smith*, #61, RESPONSE to re 60 Letter *from Christopher Lee (Plaintiff's counsel) in response to John Worden's letter dated 7/27/2015* by Bin Yang # 31, and #62 Letter from John S. Worden *responding to letter from plaintiff's counsel* which were incorrectly filed in this case and contain confidential information, shall be ~~removed from the docket.~~ LOCKED FROM THE PUBLIC DOCKET.

The documents reveal a disagreement concerning the mediation process. The parties are hereby ordered to participate in a call with ADR Program Director Howard Herman to discuss the status of the mediation.

**IT IS SO ORDERED**.

Dated: July 28, 2015

_____
Maria-Elena James
United States Magistrate Judge