UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIN YANG<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NFV PROPERTIES, LLC,<br><br>　　　　　Defendant. | Case No. 15-cv-01528-EDL   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  September 2, 2015<br>Mediator:  Harold Peter Smith |

　　　　IT IS HEREBY ORDERED that the request to excuse plaintiff Bin Yang from appearing in person at the September 2, 2015, mediation before Harold Peter Smith is GRANTED.  Mr. Yang shall make arrangements with the mediator's office to participate by videoconference in the mediation as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated: August 26, 2015

Maria-Elena James
United States Magistrate Judge